## No. 6036.

POLICE JURY OF THE PARISH OF PLAQUEMINES VS. CHRISTOPHER PACKARD ET AL.

Act No. 69 of 1869. entitled an act to provide for the collection of judgments against the several parishes of this State. is not unconstitutional. It simply authorizes a judge who renders a judgment to order the proper persons to proceed in the manner pointed out by law for its execution. This is a purely judicial power.

The object of the law is certainly expressed in its title, and the sections thereof provide only for the carrying out of the objects as stated in the title. It does not therefore conflict with article 114 of the constitution.

The tax is certainly uniform in so far as the parish of Plaquemines is concerned, as all property therein is taxed alike. Because article 118 of the constitution provides that taxation shall be equal and uniform throughout the State, it does not follow that the people of the parish of Plaquemines can not be taxed for any purpose unless the people of every other parish in the State are also taxed.

APPEAL from the Second Judicial District Court, parish of Plaquemines: *Pardee, J. A. E. Liraudais,* Parish Attorney, and *Sambola & Ducros,* for plaintiff and appellant. *E. Howard McCaleb,* for defendants and appellees.

MORGAN, J. The petition relates that the defendant, acting under and by virtue of certain decrees of court rendered in the suits of Mathé, Sarpy, and Foulhouze, under which proceedings the Board of Assessors of that parish were ordered to and did assess a tax upon the property in the parish for the purpose of paying the judgments rendered in favor of the parties above named, is about to collect the same.

Plaintiff is enjoined from any further proceeding on the ground that act No. 69 of the Legislature of 1869, entitled an act to provide for the collection of judgments against the several parishes of the State, is unconstitutional because it violates articles 82, 114, and 118 of the constitution.

Article 82 of the constitution provides that no duties or functions shall ever be attached by law to the Supreme and district courts but such as are judicial.

Article 114 declares that every law shall express its object or objects in its title.

Article 118 provides that taxation shall be equal and uniform throughout the State.

Act No. 69 is entitled " an act to provide for the collection of judgments against the several parishes of this State." It provides that whenever a judgment for money is rendered by any court of competent jurisdiction against a parish of this State, the judge who shall render the judgment shall, in the same decree, order the assessor forthwith to assess a parish tax at a sufficient rate per centum upon the assessment roll of the current year to pay and satisfy said judgment with interest and costs.

We do not see in what particular this act violates the provisions of the eighty-second article of the constitution. It merely provides how judgments against parishes are to be collected, and how they are to be paid. It simply authorizes a judge who renders a judgment to order the proper person to proceed in the manner pointed out by law for its execution. It seems to us that this is a purely judicial power.

The object of the law is certainly expressed in its title, and the sections thereof provide only for the carrying out of the objects as stated in the title. It does not therefore conflict with article 114 of the constitution.

The tax is certainly uniform in so far as the parish is concerned, as all property is taxed alike. We do not understand that, because article 118 provides that taxation shall be equal and uniform throughout the State, therefore the people of the parish of Plaquemines can not be taxed for any purpose unless the people of every other parish in the State are also taxed.

It is urged in the brief that as regards Mathé the judgment in his favor has been lately reversed by us. This may be. He may not be able to enforce his judgment. But his is not the case before us. We are only now deciding whether the judgment rendered in this case is right. We think it is.

Judgment affirmed.